UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmy Alan Dixon II**  Docket No. 5:09-CR-188-3H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmy Alan Dixon II, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Dispense and Possess With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 10, 2010, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jimmy Alan Dixon II was released from custody on July 29, 2015, at which time the term of supervised release commenced.

On October 10, 2018, the defendant's term of supervised release was revoked, the defendant was sentenced to a period of imprisonment for a period of "time served." Additionally, the court ordered that the defendant be placed on supervised release for a period of 24 months. Jimmy Alan Dixon II was released from custody on October 10, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Following the defendant's release, the defendant agreed to participate in the HOPE re-entry program in Raleigh, North Carolina. A component of the HOPE Program includes participation in a cognitive behavior program, a program designed to assist the defendant with improving his decision making skills, and to also help the defendant set and achieve realistic goals to be successful. It is recommended that participation in a cognitive behavioral program be included as a condition of supervision to allow the defendant to comply with the rules and requirements of the HOPE Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: October 19, 2018 |

**Jimmy Alan Dixon II**
**Docket No. 5:09-CR-188-3H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_22nd\_\_\_ day of \_\_\_\_\_October_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge